IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Emanuelson, Michael F | Case Number: 05 B 23888 |
|---|---|---|
| | Emanuelson, Linda M | Judge: Goldgar, A. Benjamin |
| | Printed: 9/3/08 | Filed: 6/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: August 29, 2008
Confirmed: August 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 58,284.00 | |
| Secured: | | 17,557.15 |
| Unsecured: | | 36,423.39 |
| Priority: | | 0.00 |
| Administrative: | | 1,225.00 |
| Trustee Fee: | | 3,078.46 |
| Other Funds: | | 0.00 |
| Totals: | 58,284.00 | 58,284.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stuart B Handelman | Administrative | 0.00 | 0.00 |
| 2. | Stuart B Handelman | Administrative | 250.00 | 250.00 |
| 3. | Stuart B Handelman | Administrative | 975.00 | 975.00 |
| 4. | CCO Mortgage/RBS Citizens | Secured | 0.00 | 0.00 |
| 5. | Chase Bank | Secured | 0.00 | 0.00 |
| 6. | Onyx Acceptance Corp | Secured | 11,299.27 | 11,299.27 |
| 7. | Rogers & Hollands Jewelers | Secured | 3,044.10 | 3,044.10 |
| 8. | Ford Motor Credit Corporation | Secured | 2,413.78 | 2,413.78 |
| 9. | CCO Mortgage/RBS Citizens | Secured | 800.00 | 800.00 |
| 10. | GMAC Auto Financing | Unsecured | 0.00 | 0.00 |
| 11. | Ford Motor Credit Corporation | Unsecured | 54.00 | 62.82 |
| 12. | Specialized Management Consultants | Unsecured | 585.74 | 681.31 |
| 13. | Rogers & Hollands Jewelers | Unsecured | 637.57 | 741.74 |
| 14. | HSBC Bank USA | Unsecured | 2,608.95 | 3,034.59 |
| 15. | World Financial Network Nat'l | Unsecured | 281.13 | 327.06 |
| 16. | ECast Settlement Corp | Unsecured | 1,038.68 | 1,208.15 |
| 17. | Chase Bank | Unsecured | 750.41 | 872.84 |
| 18. | ECast Settlement Corp | Unsecured | 971.17 | 1,129.87 |
| 19. | ECast Settlement Corp | Unsecured | 1,006.41 | 1,170.82 |
| 20. | ECast Settlement Corp | Unsecured | 4,668.27 | 5,430.99 |
| 21. | Resurgent Capital Services | Unsecured | 3,069.55 | 3,570.35 |
| 22. | Resurgent Capital Services | Unsecured | 4,317.45 | 5,021.83 |
| 23. | Resurgent Capital Services | Unsecured | 2,573.89 | 2,993.81 |
| 24. | Discover Financial Services | Unsecured | 2,414.02 | 2,807.86 |
| 25. | ECast Settlement Corp | Unsecured | 1,753.96 | 2,040.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Emanuelson, Michael F | Case Number: 05 B 23888 |
| | Emanuelson, Linda M | Judge: Goldgar, A. Benjamin |
| | Printed: 9/3/08 | Filed: 6/16/05 |

| | | | | |
|---|---|---|---|---|
| 26. | United States Dept Of Education | Unsecured | 2,523.83 | 2,935.58 |
| 27. | Onyx Acceptance Corp | Unsecured | 200.32 | 175.98 |
| 28. | Discover Financial Services | Unsecured | 1,905.83 | 2,217.25 |
| 29. | Charter One Bank | Secured | | No Claim Filed |
| 30. | Fleet Credit Card Service | Unsecured | | No Claim Filed |
| 31. | Elan Financial Services | Unsecured | | No Claim Filed |
| 32. | Home Depot | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 50,143.33 | $ 55,205.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 97.13 |
| 5.5% | 801.41 |
| 5% | 241.19 |
| 4.8% | 466.28 |
| 5.4% | 1,048.01 |
| 6.5% | 424.44 |
| | _____ |
| | $ 3,078.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

